

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed October 23, 2018

*Mark X. Mullin*
**United States Bankruptcy Judge**

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | )( | |
| | )( | |
| ANTHONY R. GARCIA, | )( | Case No. 15-43635-13 |
| | )( | |
| Debtor | )( | |
| | )( | |

## ORDER GRANTING MOTION TO REINSTATE CASE

THIS CAUSE having come before this Court on Debtor's "Motion to Reinstate", the Court, having considered the Motion and no objections having been filed, finds that Debtor's motion should be granted.

WHEREAS the Debtor filed a Motion to Vacate Dismissal Order and Reinstate Chapter 13 Case, and WHEREAS there is an agreement to reinstate with the Trustee:

IT IS ORDERED that the Motion to Vacate Dismissal Order and Reinstate Chapter 13 Case is GRANTED; IT IS FURTHER ORDERED that the Debtor's Chapter 13 Case is reinstated to the active Chapter 13 Docket.

# # # End Of Order # # #

**PREPARED BY:**

Truman E. Coe
Bar No. 0016200
Stacey Coe D'Lizarraga
Bar No. 015541
2720 N. Stemmons Freeway
Suite 1202, South Tower
Dallas, TX 75207
(214)688-0203
Facsimile (214)688-0164
/s/ tcoe@mesh.net

**APPROVED BY:**

/s/ Ethan Cartwright
_____
**Ethan Cartwright, Chapter 13 Attorney**